

# MEMORANDUM

To: Judge Marcia S. Krieger

From: Lisa Pence
Probation Officer

Date: December 4, 2009

Re: **LEONARD, Clifford H.**
Docket No. 1:09-cr-00158-MSK-02

## AMENDED REQUEST FOR SENTENCING CONTINUANCE

The sentencing in this case is currently scheduled for February 8, 2010. Given this timeline, the presentence report is due for disclosure on January 4, 2010. The defendant is presently serving a federal sentence and is housed at the Administrative Maximum U.S. Penitentiary (ADMAX) in Florence, Colorado. The presentence interview will be conducted at this facility and will have to be scheduled to accommodate the schedules of the prison staff, defense counsel, and the probation officer. Due to previously scheduled leave and the amount of time it will take to travel to the Florence facility, this memorandum is written to request a sentencing continuance until a date after mid-March of 2010. Both counsel have been consulted and do not object to a continuance. The Marshal's Service has asked that the defendant's sentencing be scheduled for a time between 10:30 a.m. and 1:30 p.m. to enable them to transport the defendant to and from the facility in Florence, Colorado, on the sentencing day.

Continuance: _____ *Granted*

_____ *Denied*

Respectfully Submitted,

*Lisa Pence*
Lisa Pence
Probation Officer

Approved:
*Kurt A. Thoene*
Supervising Probation Officer
Kurt A. Thoene