UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00158-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLIFFORD H. LEONARD,

    Defendant.

_____

### ORDER TRANSFERRING ACTION
_____

**THIS MATTER** comes before the Court *sua sponte*. Due to the undersigned's unavilability to preside over a trial that could be commenced within the period allowed by the Speedy Trial Act, and with the consent of the Chief Judge and Senior Judge John L. Kane, this case is **TRANSFERRED** to the docket of Senior Judge Kane for all further proceedings involving the remaining Defendant.

Dated this 16th day of August, 2010

                    **BY THE COURT:**

                    */s/ Marcia S. Krieger*
                    _____

                    Marcia S. Krieger
                    United States District Judge