IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-158-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**2.    CLIFFORD H. LEONARD,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      This matter is set for a Status Conference on **September 1, 2010 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  August 18, 2010