IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-158-JLK**

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**2.    CLIFFORD H. LEONARD,**

Defendant.

---

## AMENDED MINUTE ORDER

Judge John L. Kane **ORDERS**

The Sentencing Hearing set for December 16, 2010 is **VACATED AND RESET** for **January 10, 2011 at 1:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  December 1, 2010